## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

DAVID LIBITZER and DENISE )
LIBITZER, )          C.A. No. N20C-03-267 FJJ
)
)
)
v. )
)
BAYHEALTH MEDICAL CENTER, )
INC., SANDEEP SINGH KAHLON, )
M.D., and CNMRI, P.A. )
)
)

## ORDER ON REVIEW OF PLAINTIFF'S AFFIDAVIT OF MERIT WITH RESPECT TO SANDEEP SINGH KAHLON, M.D.

On this 21st day of December, 2020, the Court has reviewed *in camera* the Plaintiff's Affidavit of Merit ("Affidavit") filed with the Complaint in this litigation pursuant to 18 Del. C. §6853 (a)(1) and (c). Having reviewed the Affidavit with respect to the provisions regarding the conduct of Sandeep Singh Kahlon, M.D., the Court finds that:

1. The Affidavit is signed by an expert witness.

2. The Affidavit is accompanied by a *curriculum vitae* of the expert witness.

3. The expert witness who signed the Affidavit represents that he is Board Certified in the field of neurology.

4. The Affidavit indicates that the expert witness was licensed to practice medicine as of the date of the Affidavit.

5. The Affidavit indicates that the expert witness has been engaged in treatment of patients and/or in the academic side of the field of neurology for at least three years preceding the acts alleged in the Complaint.

6. The Affidavit includes an opinion that the applicable standard of care in this case was breached by Sandeep Singh Kahlon, M.D., and that this breach was the proximate cause of the injuries alleged in the Complaint.

Based on the foregoing, the Court finds that the Affidavit **complies** with the requirements of 18 Del. C. §6853(a)(1) and (c) with respect to the provisions concerning Sandeep Singh Kahlon, M.D.

FRANCIS J. JONES Jr., Judge